UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHARLES MAUDE and<br>HEATHER MAUDE,<br><br>                    Defendants. | CR 24-50081 - 01<br>                    - 02<br><br>REDACTED INDICTMENT<br><br>Theft of Government Property<br>(18 U.S.C. §§ 641 and 2) |

The Grand Jury charges:

Beginning at a time unknown but no later than December 2020, and continuing through the date of this Indictment, in the District of South Dakota, the defendants, Charles Maude and Heather Maude, did knowingly steal, purloin, and convert to their own use National Grasslands managed by the United States Department of Agriculture, a department and agency of the United States, namely, approximately 25 acres of National Grasslands for cultivation and approximately 25 acres of National Grasslands for grazing cattle, having a value in excess of $1,000, and did aid and abet each other, all in violation of 18 U.S.C. §§ 641 and 2.

                                   A TRUE BILL

                                   **Name Redacted**

                                   _____
                                   Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____