UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES MAUDE, HEATHER MAUDE,<br><br>Defendants. | 5:24-CR-50081-CCT<br><br>**ORDER GRANTING CONTINUANCE** |

Defendant, Heather Maude, moves for a 60-day continuance. The government and codefendant do not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel has made known to the court that additional time for investigation and interviewing of witnesses is necessary. Based on the foregoing, it is

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | June 3, 2025 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | June 3, 2025 |
| Suppression/voluntariness hearing before Magistrate Judge Daneta Wollmann | If necessary, will be held prior to June 20, 2025 |
| Applications for Writ of Habeas Corpus Ad Testificandum | July 1, 2025 |

| Expert witness disclosure | July 1, 2025 |
| --- | --- |
| Other motions | July 8, 2025 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | July 8, 2025 |
| Plea agreement or petition to plead and statement of factual basis | July 8, 2025 |
| Notify court of status of case | July 8, 2025 |
| Rebuttal expert disclosures | July 15, 2025 |
| Motions in limine | July 15, 2025 |
| Proposed jury instructions due | July 15, 2025 |
| Jury trial | Tuesday, July 22, 2025, at 9:00 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated April 2, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE