UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-50081 |
| Plaintiff, | |
| vs. | MOTION TO DISMISS INDICTMENT |
| CHARLES MAUDE and<br>HEATHER MAUDE, | |
| Defendants. | |

---

Comes now the United States by and through its undersigned attorney and moves this Court pursuant to Federal Rule of Criminal Procedure 48(a) for an Order dismissing the Indictment, without prejudice, in the above-entitled case.

Dated this 28th day of April, 2025.

ALISON J. RAMSDELL
United States Attorney

*[signature]*

BENJAMIN PATTERSON
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Ben.Patterson@usdoj.gov